1  DANIEL J. O'HANLON, SBN 122380
   *dohanlon@kmtg.com*
2  CARISSA M. BEECHAM, SBN 254625
   *cbeecham@kmtg.com*
3  REBECCA L. HARMS, SBN 307954
   *rharms@kmtg.com*
4  JENIFER N. GEE, SBN 311492
   *jgee@kmtg.com*
5  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   400 Capitol Mall, 27th Floor
6  Sacramento, CA 95814
   Telephone: (916) 321-4500
7  Facsimile: (916) 321-4555

8  Attorneys for Defendant-Intervenors,
   San Luis & Delta-Mendota Water Authority and
9  Westlands Water District

10 *Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; GOLDEN STATE SALMON ASSOCIATION; NATURAL RESOURCES DEFENSE COUNCIL, INC.; DEFENDERS OF WILDLIFE; and BAY.ORG d/b/a THE BAY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as Secretary of Commerce; CHRIS OLIVER, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration; NATIONAL MARINE FISHERIES SERVICE; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; MARGARET EVERSON, in her official capacity as Acting Director, U.S. Fish and Wildlife Service; and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 3:19-cv-07897<br><br>**NOTICE OF MOTION AND MOTION OF SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT TO TRANSFER; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:    March 26, 2020<br>Time:   9:30 a.m.<br>Judge:  Hon. Laurel Beeler<br><br>Courtroom B, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

*ADDITIONAL COUNSEL*

RACHEL JACOBSON, (*Pro Hac Vice*)
*rachel.jacobson@wilmerhale.com*
WILMER CUTLER PICKERING HALE and DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6385
Facsimile: (202) 663-6363

Attorneys for Defendant-Intervenor,
Westlands Water District

REBECCA R. AKROYD, SBN 267305
*rebecca.akroyd@sldmwa.org*
General Counsel
SAN LUIS & DELTA-MENDOTA WATER AUTHORITY
400 Capitol Mall, 28th Floor
Sacramento, CA 95814
Telephone: (916) 321-4321
Facsimile: (209) 826-9698

Attorney for Defendant-Intervenor,
San Luis & Delta-Mendota Water Authority

JON D. RUBIN, SBN 196944
*JRubin@wwd.ca.gov*
General Counsel
WESTLANDS WATER DISTRICT
400 Capitol Mall, 28th Floor
Sacramento, CA 95814
Telephone: (916) 321-4207
Facsimile: (559) 241-6277

Attorney for Defendant-Intervenor,
Westlands Water District

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 26, 2020, at 9:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Laurel Beeler, located in the United States District Court for the Northern District of California San Francisco Division, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY ("SLDMWA") and WESTLANDS WATER DISTRICT ("Westlands") (collectively "Water Agencies"), move the Court to transfer this action to the Fresno Division of the Eastern District of California.

The Water Agencies seek an order transferring this action to the Fresno Division of the Eastern District of California, pursuant to 28 U.S.C. section 1404(a), on the ground that transfer would serve the interest of justice. This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, Federal Defendants' Motion to Transfer, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: February 20, 2020

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Attorneys for Defendant-Intervenors,
San Luis & Delta-Mendota Water Authority and
Westlands Water District

**TABLE OF CONTENTS**

**Page**

MEMORANDUM OF POINTS AND AUTHORITIES ................................................................1

I.    INTRODUCTION..................................................................................................................1

II.    ARGUMENT .........................................................................................................................1

    A.    The Eastern District Has a Unique and Extensive Experience With Issues Related to CVP Operations and ESA Regulation Thereof...........................................1

    B.    The Eastern District Has a Significant Local Interest in This Case ..........................3

III.    CONCLUSION .......................................................................................................................4

1899076.5  10355-080      i      Case No. 3:19-cv-07897

NOTICE OF MOTION AND MOTION OF SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT TO TRANSFER; MEMORANDUM OF POINTS AND AUTHORITIES

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Bay.org v. Zinke*,
 Case No. 1:17-cv-01176-LJO-EPG (E.D. Cal. 2017) ................................................................. 2

*Bay.org v. Zinke*,
 Case No. 4:17-cv-03739-YGR (N.D. Cal. Jul. 31, 2017) ...................................................... 2, 3

*Central Valley Water Agency v. U.S.*,
 327 F. Supp. 2d 1183 (E.D. Cal. 2004) ................................................................................... 2

*Golden Gate Salmon Assoc. v. Ross*,
 Case No. 1:17-cv-01172-LJO-EPG (E.D. Cal. 2017) ............................................................. 2

*Golden Gate Salmon Assoc. v. Ross*,
 Case No. 4:17-cv-03742-YGR (N.D. Cal. Jul. 31, 2017) ...................................................... 2, 3

*North Coast Rivers Alliance, et al. v. U.S. Dep't of the Interior, et al.*,
 Case No. 1:16-cv-00307-DAD-SKO (E.D. Cal. 2016) .......................................................... 2

*NRDC v. Bernhardt*,
 Case No. 1:05-cv-01207-LJO-EPG (E.D. Cal. 2005) ..................................................... 1, 2, 3

*San Luis & Delta-Mendota Water Auth. et al. v. Jewell et al.*,
 Case No. 1:15-cv-01290-LJO-EPG (E.D. Cal. 2015) ............................................................. 2

*San Luis & Delta-Mendota Water Auth. et al. v. U.S. Dep't of Interior et al.*,
 Case No. 1:11-cv-00952-LJO-GSA (E.D. Cal. 2011) ............................................................ 2

*Vu v. Ortho-McNeil Pharm., Inc.*,
 602 F. Supp. 2d 1151 (N.D. Cal. 2009) ................................................................................... 1

**Statutes**

Endangered Species Act, 16 U.S.C. § 1531 et seq. ..................................................................... 1, 2

# MEMORANDUM OF POINTS AND AUTHORITIES

Intervenors San Luis & Delta-Mendota Water Authority ("SLDMWA") and Westlands Water District ("Westlands") (collectively "Water Agencies"), hereby join in the Memorandum of Points and Authorities in Support of Federal Defendants' Motion to Transfer to the Eastern District of California. ECF No. 40. SLDMWA and Westlands submit the following additional points and authorities in support of their motion.

## I.  INTRODUCTION

The issues raised by this action should be heard in the United States District Court for the Eastern District of California ("Eastern District"). Federal Defendants' motion to transfer explains why venue is appropriate in the Eastern District—where venue is proper, the action might have originally been brought, and where "'transfer will serve the convenience of the parties and witnesses and will promote the interests of justice.'" Federal Defs.' Mot. to Transfer at 8:21-24, quoting *Vu v. Ortho-McNeil Pharm., Inc.*, 602 F. Supp. 2d 1151, 1155-56 (N.D. Cal. 2009). But more importantly, in environmental cases like this one, transfer is properly decided by focusing on choice of forum versus the local interest. *Id*. at 8:26-9:4, 13:11-15:12. With this motion, SLDMWA and Westlands respectfully submit additional information regarding (1) the Eastern District's familiarity with Central Valley Project ("CVP") operations and (2) the strong local interest of the farms, communities, and wildlife of the Eastern District in this lawsuit.

## II.  ARGUMENT

### A.  The Eastern District Has a Unique and Extensive Experience With Issues Related to CVP Operations and ESA Regulation Thereof

The Eastern District's judges, research attorneys, clerks, and staff have gained substantial expertise and familiarity with issues related to CVP operations and application of the Endangered Species Act ("ESA"), 16 U.S.C. § 1531 et seq., to CVP operations. In their Motion to Transfer, Federal Defendants discuss the Eastern District's consideration of the 2019 NMFS Biological Opinion in *NRDC v. Bernhardt*, Case No. 1:05-cv-01207-LJO-EPG (E.D. Cal. 2005) ("*Bernhardt*") and document the Eastern District's history of deciding CVP biological opinion challenges. Federal Defs.' Mot. to Transfer at 3:23-8:13, 11:1-13:10. But beyond hearing CVP biological opinion

challenges, the Eastern District has been hearing suits involving the CVP, and deliveries to CVP water contractors south of the Delta, for decades. *Central Valley Water Agency v. U.S.*, 327 F. Supp. 2d 1183, 1209 (E.D. Cal. 2004) ("The issues of CVP capacity and water allocation priorities have been the subject of over twenty lawsuits in the Eastern District of California, seventeen of which have been venued in this court."); *see e.g.*, *North Coast Rivers Alliance, et al. v. U.S. Dep't of the Interior, et al.*, Case No. 1:16-cv-00307-DAD-SKO (E.D. Cal. 2016); *San Luis & Delta-Mendota Water Auth. et al. v. Jewell et al.*, Case No. 1:15-cv-01290-LJO-EPG (E.D. Cal. 2015); *San Luis & Delta-Mendota Water Auth. et al. v. U.S. Dep't of Interior et al.*, Case No. 1:11-cv-00952-LJO-GSA (E.D. Cal. 2011).

The Northern District recently acknowledged the Eastern District's extensive experience with issues related to CVP operations and ESA consultation in *Bay.org v. Zinke*, Case No. 1:17-cv-01176-LJO-EPG (E.D. Cal. 2017) and *Golden Gate Salmon Assoc. v. Ross*, Case No. 1:17-cv-01172-LJO-EPG (E.D. Cal. 2017)—cases that challenged biological opinions regarding the proposed project to build tunnels under the Delta known as the California WaterFix. In those cases Judge Yvonne Gonzalez Rogers of the Northern District ordered briefing on whether the cases should be transferred to the Eastern District because "[t]he Court understands that these cases may involve significant factual and legal overlap with a case pending in the Eastern District of California, [*Bernhardt*]." Orders Requiring Briefing Re: Potential Transfer to E.D. Cal., *Bay.org v. Zinke*, Case No. 4:17-cv-03739-YGR, ECF No. 22 (N.D. Cal. Jul. 31, 2017); *Golden Gate Salmon Assoc. v. Ross,* Case No. 4:17-cv-03742-YGR, ECF No. 12 (N.D. Cal. Jul. 31, 2017). Following briefing, the Court ordered that the cases be transferred to the Eastern District after finding that (1) plaintiffs were regional, state-wide, and national organizations that would not be substantially inconvenienced by litigating in the Eastern District, (2) there was significant factual and legal overlap with the cases immediately before her and *Bernhardt*, pending in the Eastern District, (3) the Eastern District had a significant local interest in the cases (most of the project construction, smelt and salmon populations and critical habitat, agency witnesses, documents comprising the administrative record etc. were all located within the Eastern District), and (4) the Eastern District had significant factual and technical knowledge regarding the SWP and CVP and the biological opinions at issue in the

cases immediately before her and at issue in *Bernhardt*. Orders Transferring Actions to E.D. Cal., *Bay.org v. Zinke*, Case No. 4:17-cv-03739-YGR, ECF No. 30 (N.D. Cal. Aug. 30, 2017); *Golden Gate Salmon Assoc. v. Ross*, Case No. 4:17-cv-03742-YGR, ECF No. 23 (N.D. Cal. Aug. 30, 2017). This same logic applies here.

### B. The Eastern District Has a Significant Local Interest in This Case

The CVP serves much of the Eastern District including lands throughout the Central Valley as well as south of the Delta. Accordingly, this lawsuit, which focuses on the relationship between CVP operations and endangered and threatened species and their critical habitat, implicates a large portion of the Eastern District. *See, e.g.*, Compl. at ¶¶ 5, 57, 58, 69, 73, 84-88, 104, ECF No. 1. As shown by the map at page 27 of the Complaint, the CVP spans the entire Central Valley, from Redding to Bakersfield. Compl. at p. 27. And, as discussed by Federal Defendants in their motion to transfer, the 2019 NMFS and FWS Biological Opinions were developed in agency offices in the Eastern District and a majority of the facilities, critical habitat, and anticipated effects associated with the proposed project and this lawsuit are located within the Eastern District. Federal Defs.' Mot. to Transfer at 13:23-14:5, 14:16-15:7.

The Water Agencies reliance on the CVP to support their wildlife, farms, and communities proves an additional local interest in this case. The Declaration of Pablo Arroyave ("Arroyave Decl.") and the Declaration of William R. Freeman ("Freeman Decl."), filed in support of the Water Agencies' motion to intervene, explain the south of Delta CVP contractors' reliance on CVP water for a diverse set of uses including for support of approximately 1.2 million acres of farmland, 2 million California residents, and millions of waterfowl within Fresno, Kings, Merced, Stanislaus, and San Joaquin counties—all of which are in the Eastern District. Arroyave Decl. at ¶ 11, ECF No. 18. Westlands, a member agency of SLDMWA, serves portions of Fresno and Kings counties, which again, are located in the Eastern District. Freeman Decl. at ¶ 2, ECF No. 19. Growers within Westlands produce more than sixty high-quality food and fiber crops, and Westlands also delivers water for municipal and industrial uses, including for use by disadvantaged communities, and to Naval Air Station Lemoore. *Id.*

In the prayer of the Complaint, Plaintiffs ask that the 2019 NMFS and FWS Biological

Opinions be set aside, and that the U.S. Bureau of Reclamation be enjoined from relying on them. Compl. at p. 47. Plaintiffs do not specify what changes to CVP operations they believe should be required pending completion of new consultations. But, from the allegations of the Complaint, it is apparent that regardless of whether Plaintiffs have a new plan of CVP operations in mind, or a return to the CVP operations that occurred under the previous biological opinions, if Plaintiffs prevail, the CVP's ability to fulfill the diverse needs of the Eastern District's farms, communities, and wildlife, including protection of the listed species that are the subject of the biological opinions, would likely be further diminished. The adverse impacts of a reduced CVP water supply have significant negative effects including increased land fallowing, increased costs and higher risks for acquiring supplemental water supplies, increased groundwater pumping (with increased overdraft and potential for subsidence, and lower crop yields), increased soil salinity, increased energy use, increased water costs for disadvantaged communities, permanent crop damage, increased unemployment, and reduced air quality. Freeman Decl. at ¶ 8. The changes to CVP operations Plaintiffs may seek as interim relief in lieu of the carefully considered operations analyzed in the 2019 Biological Opinions could well harm the listed fish species in the Eastern District; Plaintiffs have no superior or exclusive claim to scientific knowledge. The threat to agricultural, municipal and industrial, and environmental uses of CVP water, and to the wildlife resources in the Eastern District, thus creates a significant local interest in this lawsuit that weighs in favor of transfer.

## III.   CONCLUSION

For the foregoing reasons, SLDMWA and Westlands respectfully request that this Court grant transfer of this action to the Eastern District of California.

DATED: February 20, 2020

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By:   */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Attorneys for Defendant-Intervenors,
San Luis & Delta-Mendota Water Authority and
Westlands Water District