UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-07897-LB<br><br>[~~PROPOSED~~] ORDER GRANTING FEDERAL DEFENDANTS' STIPULATED MOTION FOR ADMINISTRATIVE RELIEF |

Having considered the stipulated motion to appear telephonically, the Court hereby **ORDERS** that the motion is granted.  Parties are to make arrangements through CourtCall.

**IT IS SO ORDERED.**

Dated: March 3, 2020

_____
 The Honorable Laurel Beeler
 United States Magistrate Judge